UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                       Chapter 11

OCALA FUNDING, LLC,                          Case No. 3:12-bk-04524-JAF

    Debtor.
_____/

**DEBTOR'S POST-CONFIRMATION QUARTERLY FINANCIAL REPORT
FOR THE PERIOD OF JANUARY 1, 2017 THROUGH MARCH 31, 2017**

The Debtor hereby files its Post-Confirmation Quarterly Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                              */s/ Edward J. Peterson*_____
                              Edward J. Peterson, III
                              Florida Bar No. 0014612
                              Stichter, Riedel, Blain & Postler, P.A.
                              110 East Madison Street, Suite 200
                              Tampa, Florida 33602
                              Email: epeterson@srbp.com
                              Telephone: (813) 229-0144
                              Attorneys for Ocala Funding Litigation Trustee

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Directors & Officers Liability - Willis of Oregon, Inc. | 7/1/2013 to 7/1/2018 | $266,250 [A] | $0.00 |

[A] 100% of policy premium paid upon effective date of coverage.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

* In accordance with the Ocala Funding Litigation Trust Agreement approved in connection with the Chapter 11 Plan of Liquidation of Debtor Ocala Funding, LLC, the quarterly MOR is due 45 days after each calender quarter end. Specifically, the Agreement states in Article 9 section C titled Reports to Beneficiaries, from the Effective Date until a Final Decree is entered, the Litigation Trustee shall, within forty-five (45) days of the end of each calendar quarter, file with the Bankruptcy Court and submit to the United States Trustee, quarterly reports setting forth all receipts and disbursements of the Litigation Trust as required by the guidelines of the United States Trustee. On May 4, 2015, the U.S. Trustee's office approved a Quarterly Operating Report which will be limited to the Schedule of Receipts and Disbursements for all quarterly reports.

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

_____
Neil F. Luria - Trustee of the Ocala Funding Litigation Trust

2017/4/14
Date

**CHAPTER 11 POST-CONFIRMATION**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**Case Name:** Ocala Funding, LLC

**Case Number:** 3:12-bk-04524-JAF

**Time Period:** beginning 1/1/2017 and ending 3/31/2017

**Date of Plan Confirmation:** 6/20/2013

**Date of Effective Date:** 7/1/2013

| | | Operating Reserve Acct xx9251 | Settlement Proceeds Acct xx9286 | Q1 2017 Total | Cumulative Total |
|---|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $2,810,586.36 | $216,693.35 | **$3,027,279.71** | **$0.00** |
| 2. | **EFFECTIVE DATE (7-1-2013) TRANSFER IN** | | | | **$19,329,721.93** |
| 3. | **INCOME or RECEIPTS during the Period** | $1,006.26 | $27.36 | **$1,033.62** | **$300,278,469.16** |
| 4. | **TRANSFERS** | | | | |
| | a. Internal Transfers from Another Bank Account | | | | **$535,819.45** |
| 4. | **DISBURSEMENTS** | | | | |
| | a. Operating Expenses (Fees/Taxes): | | | | |
| | (i) U.S. Trustee Quarterly Fees | ($29,025.00) | $0.00 | **($29,025.00)** | **($209,975.00)** |
| | (ii) Federal Taxes | | | | |
| | (iii) State Taxes | | | | |
| | (iv) Other Taxes | | | | |
| | b. All Other Operating Expenses: | ($159,199.01) | ($148,374.43) | **($307,573.44)** | **($8,518,106.44)** |
| | c. Plan Payments: | | | | |
| | (i) Administrative Claims | | | | **($582,252.70)** |
| | (ii) Class 1 - Non-Tax Priority Claims | | | | |
| | (iii) Class 2 - Secured Claims | | | | |
| | (iv) Class 3 - Accounts Payable Unsecured Claims | | | | **($15,709.25)** |
| | (v) Class 4 - General Unsecured Claims | | | | **($298,338,704.42)** |
| | (vi) Class 5 - Subordinated Claims | | | | |
| | (vii) Class 6 - Interests | | | | |
| | **Total Disbursements (Operating & Plan)** | ($188,224.01) | ($148,374.43) | **($336,598.44)** | **($307,664,747.81)** |
| 5. | **TRANSFERS** | | | | |
| | a. Effective Date Transfers to Other Ocala Funding Bank Account | | | | **($9,251,728.39)** |
| | b. Internal Transfers to Other Ocala Funding Bank Account | | | | **($535,819.45)** |
| 6. | **CASH (End of Period)** | **$2,623,368.61** | **$68,346.28** | **$2,691,714.89** | **$2,691,714.89** |

QOR-3